### STODDARD agt. CUSHIN

Anthony Stoddard and Christopher Clarke Attournys unto Sampson Stoddard plaint. ag$^t$ Jeremiah Cushin Defend$^t$ in an action of the case for not paying the Summe of Fifty pound in mony due for wages unto him the said Sampson Stoddard for Service as a Mate in the Ship William whereof s$^d$ Cushin was Master being about Eighteen months time and was in part of the yeare. 1672. and part of the yeare. 1673. with all other due damages &c. . . . The Jury . . . found for the Defend$^t$ costs of Court.

### GILL ag$^t$ BELCHER

John Gill of Boston plaint. ag$^t$ Katharin Belcher Administratrix to the Estate of Gregory Belcher late of Brantery Def$^t$ in an action of the case for that the s$^d$ Gregory Belcher hath not performed his promiss made upon the marriage of his Son with the plaint$^s$ daughter in paying two hundred pounds as by a bond under hand and Seale. dat$^d$ X$^{br}$ 23$^o$ 1662. may more fully appeare and for the uses therein expressed, these with all other due damages &c. . . . The Jury . . . found for the Defend$^t$ costs of Court.

### JOLES ag$^t$ PHIPS

Thomas Joles plaint. ag$^t$ William Phips Defend$^t$ m$^r$ John Walley and m$^r$ Rich$^d$ Middlecott appearing as Attournys to Joles, but the Court Judgeing theire power not reaching to actions of this nature were non Suted.

### PHIPS ag$^t$ WALLEY

William Phips plaint. ag$^t$ John Walley Def$^t$ The plaint. was nonsut$^d$ in failure of process; Suing for breach of promiss and not assigning in what nor when. [ 485 ]

### PHIPS agt. JOLES

William Phips plaint. ag$^t$ Thomas Joles Defend$^t$ in an action of the case for not paying the Summe of three hundred and twenty eight pounds due for the building of a Ship of One hundred and Seventeen tun built by the s$^d$ Phips and delivered by him to the